UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA ABRAMS,                )<br>                                             )<br>        Plaintiff,              )<br>   v.                           )<br>                                             )<br>CITY OF BOSTON, ET AL           )<br>        Defendants.             ) | CIVIL ACTION<br>NO. 24-12308-PBS |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on January 9, 2026, that the above-entitled action has been settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right of any party, upon good cause shown to re-open the action within thirty (30) days if settlement

By the Court:

Robert Farrell, Clerk

/ s / Clarilde Geraldino-Karasek
Deputy Clerk

DATED: January 9, 2026